From
James Ignatius
14839 Oak Vine Drive
Lutz, Fl. 33558

To                                      8:19-CV-456-T-17SPF

The Honible District Judge
Middle District of Florida
Tampa, Fl. 33602

Dear Sir,
            I had requested
more than 75 attorneys in Tampa
and other parts of Florida but noone
was willing to represent me in this
case. That is why I am
making this request to you.
I request you to review the
documentary evidence enclosed
with this letter. Since after
repeated requests the U.S.M.L.E
(Secretariate) is reluctant to
make the error correction in
the U.S.M.L.E (CS) grade report.
I am requesting you to
review this case and request

the U.S.M.L.E. (Secretariate) to
make the necessary correction
in the U.S.M.L.E. (CS) grade
report. If you need any further
information please let me know.
I also hope that you would
let me know your decision
in this case at your earliest.

Sincerely,
James Goretein

i

From

James Ignatius
14839 Oak Vine Drive
Lutz, Fl.33559

To

Dear Sir,

I am a medical student who took the U.S.M.L.E.CS ( Clinical Skill ) in Dec.2010. I have passed the U.S.M.L.E. Step1 and Step2 CK ( ClinicalKnowledge ).When the test result came I saw an error in the grade report of Step 2 CS.There was an error in the grade calculation. I wrote to the Health Secretary and Labor Secretary requesting a correction in this grade report. They forwarded it to the U.S.M.L.E.( Secretariate ) for necessary actions. Their letters are enclosed. I never received any reply from the U.S.M.L.E. (Secretariate ). I sent certified letters to the U.S.M.L.E. ( Secretariate ) requesting a reply in this matter. Thetre was no reply from the U.S.M.L.E. ( Secretariate ). I feel that this is a civil right violation.

At this time I sent a complaint to the office of Civil Rights, U.S. D epartment of Education,Atlanta to look in this matter. They sent me a letter  saying that they are going to investigate this case. They sent me a consent form to sign in and send it back for the investigation. I sent the form back. Their letter and consent form are enclosed. I sent several letters to the office of Civil Rights, Atlanta requesting a reply for the outcome of their investigation. But till today I have received no reply from them.I am enclosing the copies of their letters and consent form. I find  that this is a civil rights violation. Under the circumstances I am wondering if you could take the necessary legal actions against U.S.M.L.E.( Secretariate ), Philadelphia and the office of Civil Rights , U.S.Department of Education, Atlanta. If you need any further information please let me know.

Thanking you and looking forward to your reply,

Sincerely,

James Ignatius.



**UNITED STATES DEPARTMENT OF EDUCATION**
OFFICE FOR CIVIL RIGHTS

61 FORSYTH ST., SOUTHWEST, SUITE 19T10
ATLANTA, GA 30303-8927

REGION IV
ALABAMA
FLORIDA
GEORGIA
TENNESSEE

**April 27, 2017**

Mr. James Ignatius
14839 Oak Vine Drive
Lutz, Florida 33559

Dear Mr. Ignatius:

This is to acknowledge that the U.S. Department of Education, Office for Civil Rights (OCR), Atlanta Office, received your complaint on April 25, 2017. We are currently evaluating your complaint to determine if OCR has the authority to investigate your allegation(s).

If OCR has the authority to investigate your allegation(s), we require a signed consent form when identification of the complainant is necessary to resolve the complaint. In addition, if you filed this complaint electronically, we require a signed consent form. Please sign and return the enclosed copy of the consent form by mail, or you may fax it to us at (404) 974-9471. If OCR does not receive the signed consent form within 20 days of the date of this letter and disclosure of your identity is necessary, this complaint will be closed.

We have enclosed a copy of "OCR's Complaint Processing Procedures" to provide you with an overview of our complaint evaluation and resolution process. OCR will contact you by telephone or by letter in the near future.  However, if you need to contact our office, you may do so by calling (404) 974-9406 Monday through Friday. Please reference the complaint number noted at the top of the page to ensure prompt handling of your case.

Sincerely,

Timothy Johnson
Administrative Team

Enclosure(s)

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

www.ed.gov

**CONSENT FORM - FOR REVEALING NAME AND PERSONAL INFORMATION TO OTHERS**
(Please print or type except for signature line)

Your Name: *JAMES IGNATIUS*

Name of School or Other Institution That You Have Filed This Complaint Against: *U.S. Medical Licensing Examination Secretariat, 3750 Market Street, Philadelphia, PA 19104-3102*

- This form asks whether the Office for Civil Rights (OCR) may share your name and other personal information when OCR decides that doing so will assist in investigating and resolving your complaint.

- For example, to decide whether a school discriminated against a person, OCR often needs to reveal that person's name and other personal information to employees at that school to verify facts or get additional information. When OCR does that, OCR informs the employees that all forms of retaliation against that person and other individuals associated with the person are prohibited. OCR may also reveal the person's name and personal information during interviews with witnesses and consultations with experts.

- If OCR is not allowed to reveal your name or personal information as described above, OCR may decide to close your complaint if OCR determines it is necessary to disclose your name or personal information in order to resolve whether the school discriminated against you.

  NOTE: If you file a complaint with OCR, OCR can release certain information about your complaint to the press or general public, including the name of the school or institution; the date your complaint was filed; the type of discrimination included in your complaint; the date your complaint was resolved, dismissed or closed; the basic reasons for OCR's decision; or other related information. Any information OCR releases to the press or general public will not include your name or the name of the person on whose behalf you filed the complaint.

  NOTE: OCR requires you to respond to its requests for information. Failure to cooperate with OCR's investigation and resolution activities could result in the closure of your complaint.

### Please sign section A or section B (but not both) and return to OCR:

- If you filed the complaint on behalf of yourself, you should sign this form.
- If you filed the complaint on behalf of another specific person, that other person should sign this form.

  EXCEPTION: If the complaint was filed on behalf of a specific person who is younger than 18 years old or a legally incompetent adult, this form must be signed by the parent or legal guardian of that person.

- If you filed the complaint on behalf of a class of people, rather than any specific person, you should sign the form.

A. I **give** OCR my consent to reveal my identity (and that of my minor child/ward on whose behalf the complaint is filed) to others to further OCR's investigation and enforcement activities.

_____*James Ignatius*_____          _____*5-24-17*_____
Signature                                              Date

**OR**

B. I **do not** give OCR my consent to reveal my identity (and that of my minor child/ward on whose behalf the complaint is filed) to others. I understand that OCR may have to close my complaint.

_____          _____
Signature                                              Date

I declare under penalty of perjury that it is true and correct that I am the person named above; and, if the complaint is filed on behalf of a minor child/ward, that I am that person's parent or legal guardian. This declaration only applies to the identity of the persons and does not extend to any of the claims filed in the complaint.

*Updated April 2014*

From

James Ignatius
14839 Oak Vine Drive
Lutz, Fl.33559.

To

Timothy Johnson
Administrative Team
U.S.Department of Education
Office for Civil Rights
Atlanta, GA30303-8927

Ref: My complaint against the U.S. Medical Licensing Examination Secretariat, 3750
Market Street, PA 19104-3102.
Your letter dated 4-27-17 ( copy enclosed ) and my consent form dated 5-2-17 ( copy
enclosed ).

Dear Mr.Johnson,

      Thank you for your letter dated 4-27-17 informing me that you are
evaluating my complaint. In my original letter I had explained the error happened in my
U.S.M.L.E. ( CS ) grade report. In my complaint I had requested a correction for this
error. I had also enclosed a copy of my grade report.

      Now I am wondering that if any decision is made by O.C.R. in this
case.It will be very much appreciated if you could let me know the present status of this
case.

Sincerely,

*James Ignatius*

James Ignatius.

Oct.17, 2018

From

James Ignatius
14839 Oak Vine Drive
Lutz, Fl.33559

To

The Director
U.S.Department of Education
Office of Civil Rights
Atlanta Office, Southern Division
Suite 19T10
Atlanta, GA30303

Dear Sir,
      On 4-27-17 I had received a consent form from  you to investigate an error in
my U.S.M.L.E. Step2 CS grade report.I had filled in this consent form and sent it you on
5-2-17.It is more than a year since I sent this form but I have not received any reply from
your office about the outcome of your investigation. I am enclosing a copy of the original
concent form dated 5-2-17. Right now I am wondering that if have made any decision in
this case if not what is the status  of this case. Please let me know.

Sincerely,
James Ignatius.



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: The Director
Office for Civil Rights
61 Forsyth St. SW
Suite 19T70
Atlanta, GA 30303

9590 9401 0000 5071 9439 03

2. Article Number (Transfer from service label)
7011 1570 0003 4734 2173

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Randall Cohen  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Timothy Johnson   10/26/2016

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053   Domestic Return Receipt



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the Secretary

Washington, D.C. 20201

January 11, 2017

James Ignatius
14839 Oak Vine Drive
Lutz, FL 33559

Dear Mr. Ignatius:

Thank you for your recent letter to the Department of Health and Human Services.  After reviewing your letter, we have determined that we are not the appropriate agency best suited to address your concern and have taken the liberty of forwarding this letter to:

United States Medical Licensing Examination,
Attn: Secretariat
3750 Market Street
Philadelphia, PA  19104

Should you have any further questions or concerns, please contact the above mentioned agency.

Sincerely,
Office of Documents and Regulations Management

## U.S. DEPARTMENT OF LABOR

OFFICE OF THE SECRETARY
WASHINGTON, D.C.
20210

November 28, 2016

Mr. James Ignatius
14839 Oak Vine Drive
Lutz, FL 33559

Dear Mr. Ignatius:

Thank you for writing to the U.S. Department of Labor. After reviewing, we have determined that the subject matter raised may be better handled by the U.S. Medical Licensing Examination Secretariat. To avoid delay, we have forwarded your submission to the Secretariat:

U.S. Medical Licensing Examination
  Secretariat
Office of the Executive Secretariat
3750 Market Street
Philadelphia, PA 19104-3102

Sincerely,

Nalini Close
Deputy Director for Operations
Office of the Executive Secretariat